ROBERT R. GEHLER
v.
PAUL E. M. IASIGI, Appellant

No. 17,384

United States Court of Appeals
Third Circuit

Argued January 30, 1969
Decided February 6, 1969
*See, also, 407 F.2d 448*

PAUL E. M. IASIGI, Christiansted, St. Croix, Virgin Islands, *pro se*

BROWN AND BRYANT, Christiansted, St. Croix Virgin Islands (BRITAIN H. BRYANT, ESQ., of counsel), *for appellee*

Before FREEDMAN, VAN DUSEN and ALDISERT, *Circuit Judges*

OPINION OF THE COURT

PER CURIAM:

Defendant has argued pro se his appeal from a judgment in the amount of $1,143.24 and an attorney's fee of $225.00 for services rendered to him by the plaintiff as a bookkeeper and tax analyst.

The District Court affirmed the judgment of the Municipal Court in a comprehensive opinion which makes it clear that the case involved questions of fact which the Municipal Court resolved in favor of the plaintiff, a conclusion which it could not say was clearly erroneous. [6 V.I. 352.]

We agree and therefore will affirm the judgment of the District Court.